UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-16025 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Jon Kellan | : | |

The Court orders the defendant, __Jon Kellan__, is ordered released on a personal recognizance bond with the following bail conditions:

(X) Reporting, as directed, to U.S. Pretrial Services;

(X) The defendant shall appear at all future court proceedings;

(X) Submit to drug testing and/or treatment, as deemed necessary;

( ) Mental health testing and/or treatment, as deemed necessary;

( ) Other:

/s/ John Kellan                               1/21/2021

DEFENDANT                                     DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*Anthony R. Mautone*

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1/21/21
DATE